## CONRAD TEN EYCK AND JEREMIAH V. R. TEN EYCK *versus* PETER GODFROY AND GABRIEL GODFROY

JOURNAL ENTRIES (1824–26): *Journal 3:* (1) Rule to show cause against procedendo *p. 484. *Journal 4:* (2) Rule for judgment for costs MS p. 95.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) demurrer; (5) joinder in demurrer; (6) satisfaction piece; (7) memo. re payment of fees; (8) receipt for attorney's fee; (9) writ of ca. sa. for costs, receipt; (10) memo. re credit for payment of costs.

*1824–36 Calendar*, MS p. 34.